UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Craig Johnson,  Civil No. 16-2384 (DWF/LIB)

    Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Crosslake Police Department;
Eric Swanson; and Select One
Therapy,

    Defendants.

_____

Craig Johnson,  Civil No. 16-2514 (DWF/LIB)

    Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

City of Crosslake and The Warf,

    Defendants.

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated August 15, 2016.  (Civil No. 16-2384 (DWF/LIB), Doc. No. 3; Civil No. 16-2514 (DWF/LIB), Doc. No. 3.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based

upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1.　Magistrate Judge Leo I. Brisbois's August 15, 2016 Report and Recommendation (Civil No. 16-2384 (DWF/LIB), Doc. No. 3; Civil No. 16-2514 (DWF/LIB), Doc. No. 3) is **ADOPTED**.

2.　These actions are **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.　Plaintiff Craig Johnson's applications to proceed *in forma pauperis* are **DENIED**.

4.　Plaintiff Craig Johnson is restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer in this District.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 19, 2016　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　United States District Judge